# Court of Appeals
# of the State of Georgia

ATLANTA, July 24, 2013

*The Court of Appeals hereby passes the following order*

**A13D0442. IN THE INTEREST OF: D. Q. A., A CHILD (MOTHER) .**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

00713J0057 00711J0606



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta, July 24, 2013.*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*